UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

ARTHUR MENALDI, Individually and
On Behalf of All Others Similarly Situated,

              Plaintiff,

   v.

OCH-ZIFF CAPITAL MANAGEMENT
GROUP LLC, DANIEL S. OCH, and JOEL
M. FRANK,

              Defendants.

------------------------------- x

No. 1:14-CV-03251 (JPO)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 22 2014

## STIPULATION AND [~~PROPOSED~~] ORDER

**WHEREAS**, the Complaint in the above-captioned action was filed on May 5, 2014;

**WHEREAS**, Plaintiff has not yet served Defendants with the Summons or Complaint for the above-captioned action;

**WHEREAS**, Defendants have agreed to waive service of the Summons and Complaint, pursuant to Fed. R. Civ. P. 4(d);

**WHEREAS**, the above-captioned action is subject to the statutory provisions in 15 U.S.C. § 78u-4(a)(3) requiring the appointment of a lead plaintiff;

**WHEREAS**, the deadline for motions for lead plaintiff in this action has not yet passed;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in this action, that:

1.     Plaintiff need not serve Defendants with the Summons or Complaint.

2.     Defendants need not respond to Plaintiff's Complaint.

3. Within sixty (60) days after a court ruling on any motions for lead plaintiff, the court-appointed Lead Plaintiff shall file an Amended Complaint that supersedes the Complaint filed in this action.

4. Within ninety (90) days after the filing of the Lead Plaintiff's Amended Complaint, Defendants shall answer, move against, or otherwise respond to the Amended Complaint.

POMERANTZ LLP

*/s/ Jeremy Lieberman*

Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665

Attorneys for Plaintiff Arthur Menaldi

GIBSON, DUNN & CRUTCHER LLP

*/s/*

Robert F. Serio
Aric H. Wu
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Attorneys for Defendants Och-Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank

SO ORDERED:

_____
Honorable J. Paul Oetken
United States District Judge
5/21/14