# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Aric Wu
Direct: +1 212.351.3820
Fax: +1 212.351.5344
AWu@gibsondunn.com

March 4, 2016

VIA ECF

The Honoroable J. Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Menaldi, et al. v. Och-Ziff Capital Management Group LLC, et al.*, No. 14-CV-3251 (JPO)

Dear Judge Oetken:

We represent Defendants Och-Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank (the "Remaining Defendants") in the above-captioned action. Enclosed please find a Stipulation and Proposed Order regarding the schedule for (i) Plaintiffs' opposition to the Remaining Defendants' Motion for Reconsideration and the Remaining Defendants' reply; and (ii) the Remaining Defendants' answer to the remaining claims in Plaintiffs' Consolidated Amended Class Action Complaint. The parties respectfully request that the Court "so order" the proposed schedule.

Respectfully,

Aric Wu / MM

Aric Wu

cc:  Counsel of Record (*via ECF*)

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.