# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Aric Wu
Direct: +1 212.351.3820
Fax: +1 212.351.5344
AWu@gibsondunn.com

April 5, 2016

VIA ECF

The Honoroable J. Paul Oetken
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Menaldi, et al. v. Och-Ziff Capital Mgmt. Grp. LLC, et al.*, No. 14-CV-3251 (JPO)

Dear Judge Oetken:

     We represent Defendants Och-Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank in the above-captioned action. Enclosed please find a Stipulation and Proposed Order requesting adjournment of the initial Rule 16 conference in this action, which is currently scheduled to be held on April 13, 2016. The parties respectfully request that the Court "so order" the proposed stipulation.

Respectfully,

*Aric Wu /MM*

Aric Wu

cc: Counsel of Record (*via ECF*)