UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
ARTHUR MENALDI, Individually and on :
Behalf of All Others Similarly Situated, :
:
Plaintiff(s), :
:
v. : No. 14-CV-03251 (JPO)
:
OCH-ZIFF CAPITAL MANAGEMENT GROUP :
LLC, DANIEL S. OCH, JOEL M. FRANK, and :
MICHAEL COHEN, :
:
Defendants. :
------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on March 25, 2016 the Court ordered counsel for the parties to appear for a status conference with the Court on April 13, 2016 at 11:30 a.m.; and

WHEREAS, neither party has previously requested an adjournment for the date of the status conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in this action, that the April 13, 2016 status conference shall be adjourned to May 3, 2016, or such other date during the week of May 2, 2016 that is convenient for the Court.

Dated:   New York, New York
         April 5, 2016

| THE ROSEN LAW FIRM, P.A. | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| /s/ Sara Fuks (with permission) | /s/ Aric H. Wu |
| Laurence M. Rosen | Robert F. Serio |
| Phillip C. Kim | Aric H. Wu |
| Sara Fuks | 200 Park Avenue |
| Kevin Koon-Pon Chan | New York, New York 10166 |
| 275 Madison Avenue, 34th Floor | Tel: (212) 351-4000 |
| New York, New York 10016 | Fax: (212) 351-4035 |
| Tel: (212) 686-1060 | |
| Fax: (212) 202-3827 | Attorneys for Defendants Och Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank |

POMERANTZ LLP
Jeremy A. Lieberman
Emma Gilmore
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665

Co-Lead Counsel for Plaintiffs and the Putative Class

SO ORDERED:

This ____ day of _____, 2016           _____
                                              Honorable J. Paul Oetken
                                              United States District Judge