UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR MENALDI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　　v.<br><br>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, DANIEL S. OCH, JOEL M. FRANK, and MICHAEL COHEN,<br><br>　　　　　　　　　　Defendants. | No.: 14-CV-03251-JPO |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion for Class Certification, dated August 9, 2016, the accompanying Declaration of Michele S. Carino, dated August 9, 2016, and the exhibits attached thereto, and all prior papers and proceedings herein, Plaintiffs Ralph Langstadt and Julie Lemond, through their undersigned attorneys, will move this Court, before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and a time designated by the Court, for an Order: (1) certifying this action pursuant to Rule 23(a) and Rule 23(b)(3) as a class action and certifying the Class defined herein; (2) appointing Ralph Langstadt and Julie Lemon as Class Representatives and (3) appointing Pomerantz LLP and The Rosen Law Firm P.A. as Counsel for the Class.

Dated:  August 9, 2016

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Marc I. Gross
Michele S. Carino
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Sara Fuks
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Lead Counsel for Plaintiffs and the Class*