UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR MENALDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, DANIEL S. OCH, JOEL M. FRANK, and MICHAEL COHEN,<br><br>Defendants. | Case No. 14-cv-03251-JPO |

**DECLARATION OF MICHELE S. CARINO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Michele S. Carino declares under penalty of perjury:

1. I am a member of the New York Bar admitted to practice before this Court and am Of Counsel to the law firm Pomerantz LLP, proposed Class Counsel for Lead Plaintiffs Ralph Langstadt and Julie Lemond (collectively, "Plaintiffs"). I submit this Declaration in support of Plaintiffs' Motion for Class Certification, appointment of Class Representatives and appointment of their selection of the law firms of Pomerantz LLP and the Rosen Law Firm, P.A. as Class Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Zachary Nye, Ph.D., with accompanying exhibits thereto, dated August 9, 2016.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Ralph Langstadt, dated August 9, 2016.

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Julie Lemond, dated August 8, 2016.

5. Attached hereto as Exhibit D is a true and correct copy of the firm biography of Pomerantz LLP.

6. Attached hereto as Exhibit E is a true and correct copy of the firm biography of the Rosen Law Firm Firm, P.A.

Dated: August 9, 2016

*/s/ Michele S. Carino*
Michele S. Carino