UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR MENALDI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff(s),<br><br>    v.<br><br>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, DANIEL S. OCH, and JOEL M. FRANK,<br><br>     Defendants, | No. 1:14-cv-3251 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gabriel Herrmann of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendants Och-Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank in the above-captioned proceeding. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
   August 9, 2016

                GIBSON, DUNN & CRUTCHER LLP

                By:  */s/ Gabriel Herrmann*
                   Gabriel Herrmann

                200 Park Avenue, 48th Floor
                New York, New York 10166
                Tel.: (212) 351-4000
                Fax: (212) 351-4035
                E-mail: gherrmann@gibsondunn.com