UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR MENALDI, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff(s),<br><br>                  v.<br><br>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, DANIEL S. OCH, and JOEL M. FRANK,<br><br>                  Defendants, | No. 1:14-cv-3251 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Casey K. Lee of Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel for Defendants Och-Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank in the above-captioned proceeding. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       August 9, 2016

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Casey K. Lee*
     Casey K. Lee

200 Park Avenue, 48th Floor
New York, New York 10166
Tel.: (212) 351-4000
Fax: (212) 351-4035
E-mail: clee@gibsondunn.com