**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert F. Serio
Direct: +1 212.351.3917
Fax: +1 212.351.5246
RSerio@gibsondunn.com

September 14, 2016

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
Room 2101
New York, NY 10007

Re:   <u>Menaldi, et al. v. Och-Ziff Capital Mgmt. Grp. LLC et al.</u>, No. 14-CV-3251 (JPO)

Dear Judge Oetken:

We represent Defendants Och-Ziff Capital Management Group LLC, Daniel S. Och, and Joel M. Frank (collectively, the "Remaining Defendants") in the above-captioned action.  Earlier today, the Court entered an order granting Plaintiffs' motion for class certification based on the "absence of opposition from Defendants." ECF 65 at 3.  As reflected in the attached Civil Case Management Plan and Scheduling Order entered by the Court on May 11, 2016, the Remaining Defendants' opposition to the class certification motion is not due until "*60 days* after Lead Plaintiffs file their motion for class certification," ECF 57 ¶ 6(b) (emphasis added), or October 11, 2016, *see* Fed. R. Civ. P. 6(a)(1).  The parties are currently engaged in class certification discovery, and the Remaining Defendants intend to file their opposition on or before October 11.  Because the Remaining Defendants' opposition to the motion for class certification is not due until October 11, 2016, and because the Remaining Defendants intend to file opposition papers, the Remaining Defendants respectfully request that the Court's order today "deem[ing] [the motion] to be unopposed" (ECF 65 at 1) and granting Plaintiffs' motion based on the "absence of the opposition from Defendants" (*id.* at 3) be vacated.

Respectfully,

*/s/ Robert F. Serio*

Robert F. Serio

RFS/rfs
Attachment

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.