```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTHUR MENALDI, individually and on      :
behalf of all others similarly situated, :
                                         :
                         Plaintiffs,     :
                                         :          14-CV-3251 (JPO)
            -v-                          :
                                         :                ORDER
OCH-ZIFF CAPITAL MANAGEMENT              :
GROUP LLC, et al.,                       :
                                         :
                         Defendants.     :
------------------------------------------------------------X
```

J. PAUL OETKEN, District Judge:

On September 14, 2016, this Court issued an Order granting Plaintiffs' motion for class certification based on the "absence of opposition from Defendants." (Dkt. No. 65.) Because Defendants' time to respond to the motion for class certification had not yet elapsed, the Court's Order was premature and is hereby VACATED.

Defendants may file their opposition to the motion for class certification on or before October 11, 2016.

SO ORDERED.

Dated: September 14, 2016
       New York, New York

                                                    J. PAUL OETKEN
                                        United States District Judge