UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTHUR MENALDI, individually and on behalf of all others similarly situated,

    Plaintiff,

-v-

OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, et al.,

    Defendant.

14-CV-3251 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The parties' joint motion at Docket Number 194 for an adjournment of the final approval hearing for the proposed class action settlement in this action is GRANTED.

    The final settlement approval hearing previously scheduled for November 26, 2018, is hereby adjourned to January 16, 2019, at 11:00 a.m.

    The Clerk of Court is directed to close the motion at Docket Number 194.

    SO ORDERED.

Dated: October 4, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge