**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Sara Fuks
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: sfuks@rosenlegal.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

**POMERANTZ LLP**
Jeremy A. Lieberman
Michele S. Carino
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
Email: mcarino@pomlaw.com.

*Class Counsel for Class Representatives and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTHUR MENALDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, DANIEL S. OCH, and JOEL M. FRANK,<br><br>Defendants. | Civil Action No. 14 Civ. 3251 (JPO)<br><br>**CLASS REPRESENTATIVES' NOTICE OF MOTION FOR: (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND (2) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO CLASS REPRESENTATIVES** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the accompanying Joint Declaration of Laurence M. Rosen and Patrick V. Dahlstrom In Support of Class Representatives' Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives, the exhibits annexed thereto, and any additional papers as may be submitted to the Court before and at the hearing on this motion, Class Representatives will move this Court, before the Honorable J. Paul Oetken, on January 16, 2019 at 11:00 a.m. in Courtroom 706 of the, States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007-1312, or as soon thereafter as the parties can be heard, for an Order granting final approval of the proposed class action settlement.

Dated:   December 17, 2018          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen
Sara Fuks
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: sfuks@rosenlegal.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

**POMERANTZ LLP**
Jeremy A. Lieberman
Michele S. Carino
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044

2

        Email: jalieberman@pomlaw.com
        Email: mcarino@pomlaw.com.

*Class Counsel for Class Representatives and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/Sara Fuks