Arthur Menaldi
5600 Market St.
Youngstown, OH 44512
(909) 844-2886
arthurmenaldi@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/19

UNITED STATES DISTRICT COURT, S.D. NEW YORK
500 Pearl St.
New York, NY 10007

Case No.: 14 Civ 3251 (JPO)
Honorable Judge J. Paul Oetken

Date: September 29, 2017

ARTHUR MENALDI
           Plaintiff,
    Vs,

OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC
           Defendant,

January 3rd, 2019

Dear Honorable Judge J. Paul Oetken,

I, Arthur Menaldi, am making a motion on the case of Arthur Menaldi versus OCH-ZIFF Capital
Management Group LLC ("OZM") Securities Civil action No. 14 Civil 3251 (JPO), My motion is
to extend the case settlement as I am firing Robert Willoughby as my lawyer. I wish to extend so
that I can represent myself.

He has failed to comply to my cease and desist using my name. He has also failed to represent
me as his client and I am the main plaintiff. I am a licensed real estate broker in four states. I
own my private security company and car dealership.  I am having loss and damages on my
good name. My name is worth at least one million dollars. I want to finalize this case pro per.

Thank you in advance. My phone number is (909) 844-2886 amd e-mail is
arthurmenaldi@yahoo.com . Liz, my secretary, can be reached by phone at (224) 343-6313 and
email is lizatmhp1111@yahoo.com.  My office phone number is (330) 953-0604.

Respectfully,

Arthur Menaldi


Cc: Robert Willoughby
Investor Relations Manager
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

# PRIORITY
## ★ MAIL ★
# EXPRESS™



SAME GREAT
EXPRESS MAIL®
SERVICE, WITH
A NEW NAME

**GUARANTEED\***
★ ★ ★
**TRACKED**
★ ★ ★
**INSURED**
★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT\*

USM 5W
SDNY

To Honorable Judge
J. Paul Oetken
Case # No 14 Civ 3251 JPO
Case

P S 10001000006

EP13F July 2013
OD: 12.5 x 9.5

RECEIVED
19 JAN -3 PM 4: 23
U.S. DISTRICT COURT
S.D.N.Y.



**UNITED STATES**
**POSTAL SERVICE**®

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

ARTHUR MENAUDI
5600 MARKET ST.
YOUNGSTOWN OH 44512



President
39 Years Experience
CA. Office: 714.963.6666
LV. Office: 702.749.3938
Cell: 909.844.2886
Fax: 888.908.7987
Email: arthurtmenaldi@icloud.com
www.mppbodyguards.com

## FOR DOMESTIC AND INTERNATIONAL USE
### PLACE MAILING LABEL HERE

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



📅 GUARANTEED DELIVERY DATE *
🕐 GUARANTEED DELIVERY TIME †
📶 USPS TRACKING™ INCLUDED
$ INSURANCE INCLUDED
🚚 PICKUP AVAILABLE
✏ SIGNATURE INCLUDED UPON REQUEST

EP13F July 2013   OD: 12.5 x 9.5

P S 1 0 0 0 1 0 0 0 0 0 6

\* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international
destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

   **UNITED STATES POSTAL SERVICE**

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may...

This envelope is made from post-consumer waste. Please recycle • again.