UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR MENALDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC, DANIEL S. OCH, JOEL M. FRANK, and MICHAEL COHEN,<br><br>Defendants. | Case No. 14-CV-03251-JPO |

ORDER DESIGNATING *CY PRES* RECIPIENT

Upon consideration of Lead Counsel Pomerantz LLP's Motion for an Order Designating *Cy Pres* Recipient, and exhibits thereto:

**IT IS HEREBY ORDERED THAT**;

The remaining $7,671.61 in the Settlement Fund be allocated to the Investor Protection Trust.

Dated: January 6, 2023

_____
J. PAUL OETKEN
United States District Judge